**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-6805

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

TALEEK SHERROD SWINNEY,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, District Judge. (1:13-cr-00422-LMB-1)

Submitted: December 14, 2023                    Decided: December 19, 2023

Before GREGORY and RUSHING, Circuit Judges, and MOTZ, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Taleek Sherrod Swinney, Appellant Pro Se. Kevin Patrick Hudson, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Newport News, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Taleek Sherrod Swinney appeals the district court's order denying his motion to quash restitution. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *United States v. Swinney,* No. 1:13-cr-00422-LMB-1 (E.D. Va. filed July 31, 2023 & entered Aug. 1, 2023). Further, we deny Swinney's motion for preparation of transcripts at the government's expense. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*